IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA SMITH,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **ANDREW SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| Defendant. | : | No. 19-3514 |

## ORDER

**CARACAPPA, LINDA K., M.J.**

AND NOW, this 30th day of April 2020, upon consideration of plaintiff's request for review and defendant's response thereto, **IT IS ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**; and

2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

**/S LINDA K. CARACAPPA**
**LINDA K. CARACAPPA, M.J.**